UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEYANTE MONIQUE JAMES, | Case No. 3:23-cv-00459-MMD-CLB |
| Plaintiff, | TRANSFER ORDER |
| v. | |
| JESSICA SLEDGE, *et al.*, | |
| Defendants. | |

*Pro se* Plaintiff Keyante James, who is housed at Bossier Maximum Security Facility in Plain Dealing, Louisiana, has filed an application to proceed *in forma pauperis* and a civil-rights complaint under 42 U.S.C. § 1983. (ECF Nos. 1, 1-1.) James sues various defendants for events that allegedly happened in Plain Dealing, Louisiana. (ECF No. 1-1 at 1.) All Defendants reside in Louisiana. (*See id.* at 2.)

28 U.S.C. § 1391(b) instructs that a plaintiff may bring an action in:

(1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action may otherwise be brought as provided in this section, any judicial district in which any defendant is subject to the court's personal jurisdiction with respect to such action.

And if a case has been filed in the wrong district or division, the district court in which the case has been incorrectly filed may "transfer [the] case to any district or division in which it could have been brought." 28 U.S.C. § 1406(a).

The Court finds that the District of Nevada is not the appropriate venue for this action because the events occurred in Bossier Parish, Louisiana, and the Defendants reside in Louisiana. Bossier Parish is in the Western District of Louisiana, Shreveport Division. The Court directs the Clerk of the Court to transfer this action to the United States District Court for the Western District of Louisiana, Shreveport Division. This Court offers no opinion about the merits of this action or the application to proceed *in forma pauperis*.

For the foregoing reasons, it is ordered that the Clerk of the Court will transfer this case to the United States District Court for the Western District of Louisiana, Shreveport Division, and close the case in this District.

DATED THIS 10th day of October 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE