# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **KEYANTE MONIQUE JAMES** | **CIVIL ACTION NO. 23-1428** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE S. MAURICE HICKS, JR.** |
| **JESSICA SLEDGE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Keyante Monique James's unlawful search and false arrest claims against Probation Officer Jessica Sledge are **STAYED** under the following conditions:

a. If Plaintiff intends to proceed with these claims, she must, within thirty (30) days of the date the criminal proceedings against her conclude, file a motion to lift the stay;

b. If the stay is lifted and the Court finds that Plaintiff's claims would impugn the validity of her conviction, the action will be dismissed under *Heck*; if no such finding is made, the action will proceed absent some other bar to suit;

c. Plaintiff should not file any more documents concerning these particular claims in this action until the state court proceedings conclude; and

d. Defendant shall not be required to answer these claims during the stay, and Plaintiff may not seek a default judgment or conduct any discovery during the stay.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's

remaining claims are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED** that Plaintiff's motion to appoint counsel, (Record Document 16), is **DENIED AS MOOT**. Plaintiff may re-urge her motion if the Court lifts the stay.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this the 6th day of August, 2024.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE